## M. J. LARKIN vs. F. W. TURPIN.

CLINTON, J. Where the judgment appealed from was rendered on default, and no note of evidence was kept and no statement of facts is filed, it will be presumed that the Judge acted on sufficient and proper evidence under the pleadings, and the judgment will be affirmed. 6 L. 72; 1 R. 448: 7 R. 179; 10 R. 80.